Dear Clerk

Here Re 1 Notice of Jurisdiction of Appeal
2 Designation of Record on Appeal
3 Pocket Statement Please present the Notice of
Jurisdiction of Appeal to 12th Court
Thank you for your time in this matter.

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 12 2015

TYLER TEXAS
PAM ESTES, CLERK

Respectfully Submitted

Jody Ford McCreary
1694118 Michael Unit

TWELFTH COURT OF APPEAL

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 12 2015

elkm

TYLER TEXAS
PAM ESTES, CLERK



RE: Case Number, 12-15-00271-CR
Trial Court Case No. 007-1110-10

STYLE: Jody Ford McCreary V. The State of Texas

NOTICE: OF Jurisdiction of Appeal

TO THE TWELFTH COURT OF APPEAL, Now Come Jody Ford McCreary and pro se and file this notice of Jurisdiction of Appeal.

I. Jurisdiction

On Octomber-19-2015, the trial Court denied A Writ of habeas Corpus in Cause No 007-1110-10-w and did not rule on the merits of Applicant Claim and Applicant filed a Notice of Appeal. The 12th Court of Appeal have Jurisdiction to hear this Appeal from the trial Court denying habeas Corpus and did not rule on the merits of Applicant Claim. see Exparte Hargett 819 S.W. 2d 866 (Tex Crim 1991) And Exparte Villanueva 252 S.W. 3d 391 (2009)

Due to Texas Constitutional Article 5 §8 Vernon Ann Texas Code Criminal procedure Article 44.02 and the Texas Rule Appellate procedure Rule 44. The 12th Court have Jurisdiction to hear this Appeal See Exparte Hargett 819 S.W. 2d 866 (Tex Crim 1991) And Exparte Villanueva 252 S.W. 3d 391 (2009)

Respectfully Submitted

Jody Ford McCreary

Jody Ford McCreary 1694118
Michael Unit 2664 FM
2054 Team Colors Tx
75886.

## Certificate of Service

I Jody Ford McCleans Certify that a copy of Notice of Jurisdiction of Appeal was mail to Miss Michael J. West Asst District Attorney 4th Floor Courthouse 100 North Broadway Tyler Tx 75702. ~~##~~

on 11-5-2015

Respectfully
Submitted

Jody Ford McCleans
1694118 Michael Unit